```
                                                              JS6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ROBERT LEE ABDELKADER, SR.,   )   CV 03-2326 AHS
                              )
              Petitioner,     )
                              )
         v.                   )   JUDGMENT
                              )
WILLIAM SULLIVAN,             )
                              )
              Respondent.     )
_____)
```

     IT IS ADJUDGED that the Petition is dismissed.

     IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on counsel/parties in this action.

     DATED: February 9, 2009.

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\CV, 03-2326 Jdgmnt.wpd